In the United States District Court
Eastern District of Arkansas
Western Division

Stephanie White                                                                 Plaintiff

v.                              Case No. 4:16-cv-909-SWW

Diverse Funding Associates, LLC;
and Jacob Law Group, PLLC                                         Defendants

## Plaintiff's Motion for Voluntary Dismissal

1. Plaintiff Stephanie White moves to dismiss her claims against Defendants Diverse Funding Associates, LLC, and Jacob Law Group, PLLC, without prejudice under Fed. R. Civ. P. 41(a)(2).

Respectfully submitted

/s/ Corey D. McGaha
Corey D. McGaha
Ark. Bar No. 2003047
William T. Crowder
Ark. Bar No. 2003138
CROWDER MCGAHA, LLP
5507 Ranch Drive, Suite 202
Little Rock, AR 72223
Phone: (501) 205-4026
Fax: (501) 367-8208
cmcgaha@crowdermcgaha.com
wcrowder@crowdermcgaha.com

*Counsel for Plaintiffs*

**Certificate of Service**

    I hereby certify that on May 12, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to all attorneys of record.

/s/ Corey D. McGaha
