IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHANIE WHITE,

    Plaintiff,

vs.

No. 4:16-cv-00909-SWW

DIVERSE FUNDING
ASSOCIATES, LLC and
JACOB LAW GROUP, PLLC,

    Defendants.

## ORDER

The motion [doc.#19] of plaintiff Stephanie White to dismiss this action without prejudice is hereby granted.

IT IS SO ORDERED this 16th day of May 2017.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE